IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO EDWARDS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>    Respondent. | CASE NO. 2:24-CV-00887-DMC-P<br><br>ORDER |

On August 3, 2024, the Respondent's requested an extension of time to September 4, 2024, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition. ECF 10.

Good cause appearing therefor based on counsel's declaration indicting the need for additional time in order to obtain and review relevant records from the Bureau of Prisons, IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response deadline is now due September 4, 2024.

IT IS SO ORDERED.

Dated:  August 6, 2024

                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE