# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO EDWARDS, | No. 2:24-CV-0887-DJC-DMC-P |
| Petitioner, | |
| v. | ORDER |
| B. M. TRATE, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 5, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 23. Petitioner filed timely objections to the findings and recommendations. *See* ECF No. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 5, 2025, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 13, is GRANTED;

3. Plaintiff's motion for summary judgment, ECF No. 19, is DENIED;

4. Plaintiff's request for the petition to be recharacterized as a §1983 action, ECF No. 24, is DENIED; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:  **September 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2